IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

THE ESTATE OF LUCILLE NEILL MURPHY
BY AND THROUGH SUSAN N. MURPHY, EXECUTRIX                    PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:10-CV-028-WAP-SAA

WINONA MANOR NURSING HOME,
CENTENNIAL HEALTHCARE PROPERTIES
CORPORATION AND JOHN DOES 1-10                               DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court this day upon the [7] Motion to Dismiss of Defendant, Centennial Healthcare Properties Corporation, and the Court, being fully advised that the Plaintiff has now consented and agreed to a dismissal, with prejudice, of her complaint against Centennial Healthcare Properties Corporation in the above-styled and numbered cause, finds that said Motion is well taken and all such claims should be dismissed with prejudice. The Court further finds that there is no just reason for delay and hereby directs the entry of final judgment under F.R.C.P. 54(b) in favor of Centennial Healthcare Properties Corporation.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-styled and numbered cause be and it is hereby dismissed, with prejudice, as to Centennial Healthcare Properties Corporation, and the Court hereby enters final judgment in favor of Centennial Healthcare Properties Corporation.

SO ORDERED AND ADJUDGED, this the 7th day of May, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:


/s/ Jenny M. Virden
JENNY M. VIRDEN, ESQUIRE
Attorney for Plaintiff


/s/ Lisa Williams McKay
LISA WILLIAMS McKAY, ESQUIRE
Attorney for Defendant,
Centennial Healthcare Properties Corporation